| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Wilo B. Nunez**<br>**2675 Olive Street**<br>**Huntington Park, CA 90255**<br>**323-588-5191 Fax: 323-588-1591**<br>California State Bar Number: **92974**<br>lazmach@aol.com<br><br>☐ Individual appearing without attorney<br>☐ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Cenelia Navarro**<br><br><br><br>Debtor(s). | CASE NO.: **2:10-bk-47444-WB**<br>CHAPTER: **13**<br><br>**DEBTOR'S NOTICE OF MOTION AND**<br>**MOTION TO AVOID JUNIOR LIEN ON**<br>**PRINCIPAL RESIDENCE**<br>**[11 U.S.C. § 506(d)]**<br><br>DATE:        July 10, 2013<br>TIME:        1:30 p.m.<br>COURTROOM:   **1375** |
|---|---|

1. TO:  **Chase & all Interested Parties**
2. NOTICE IS HEREBY GIVEN that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an order granting the relief set forth in the motion and accompanying supporting documents served and filed herewith.

3. **Hearing Location:**
   ☒ 255 East Temple Street, Los Angeles, CA 90012       ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367   ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

4. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. *(If you do not have an attorney, you may wish to consult one.)*

5. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than 14 days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

6. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according the judge's self-calendaring procedures.

Date: **May 29, 2013**

**Law Offices of Leo J. Moriarty**
Printed name of law firm *(if applicable)*
**Wilo B. Nunez 92974**
Printed name of Debtor or attorney for Debtor
**/s/ Wilo B. Nunez**
Signature of Debtor or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                      Page 1                           **F 4003-2.4.JR.LIEN.MOTION**

**MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**
(DEBTOR: __Cenelia Navarro__)

**NAME OF CREDITOR HOLDING JUNIOR LIEN ("Respondent"):** __Chase__

**1. Property at Issue:** Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (Lien) encumbering the following real property (Property), which is the principal residence of debtor.

Street address: __1759 Firestone Blvd.__
Unit number: ____
City, state, zip code: __Los Angeles, CA 90001__

Legal description of Property for document recording number *(including county of recording)*: __LOT 27 OF THE EAST 5 FEET OF OF LOT 28, BLOCK H OF THE EDGEWOOD PARK TRACT, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA AS PET MAP RECORDED IN BOOK 6 PAGES 123 IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY__

**2. Case History:**
   a. A voluntary petition under chapter ☐ 7 ☐ 11 ☐ 12 ☒ 13 was filed on *(specify petition date)*: __9/02/2010__
   b. ☐ An Order of Conversion to chapter 13 was entered on *(specify date)*: ____

**3. Grounds for Avoidance of Junior Lien:**

   a. As of *(date of title review)* __5/29/2013__, the Property is subject to the following liens in the amounts specified securing the debt against the Property, that the Debtor seeks to have treated as indicated:

   (1) *(Name of holder of 1st lien)* __Fannie Mae (from Bac home Loan Servicing)__ in the amount of $ __276,911.52__.

   (2) *(Name of holder of 2nd lien)* __Chase__ in the amount of $ __109,525.45__ ☒ is ☐ is not to be avoided;

   As of *(date of valuation/appraisal)* __5/29/20013__, Property is worth no more than *(value per valuation/appraisal)* $ __200,000.00__.

   b. As a result, Respondent's Lien encumbering the Property is wholly unsecured.

   c. **Evidence in Support of Motion:**

   (1) ☒ The amount of the lien identified in paragraph 3(a)(1) is based on __Mortgage statement & Proof of Claim__, attached hereto and identified as Exhibit __A__.

   (2) ☒ The amount of the lien identified in paragraph 3(a)(2) is based on __Proof of Claim__, attached hereto and identified as Exhibit __B__.

   (4) ☐ The relative priority of the liens encumbering the Property is established by evidence attached as Exhibit __C__.

   (5) ☒ The value of the Property from paragraph 3(b) is based on __knowledge of the area and appraisal__, attached as Exhibit __D__.

   (6) ☒ Debtor submits the attached Declaration(s).

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                          F 4003-2.4.JR.LIEN.MOTION

d. **WHEREFORE, Debtor prays that this court issue an order granting the this motion and establishing that:**

(1) The Property is valued at no more than *(requested value)* $ __200,000.00__ .

(2) No payments are to be made on the secured claim of the Respondent, and regular mortgage maintenance payments are not to be made, before the Debtor's ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

(3) Respondent's(s') claim on the junior position lien(s) shall be allowed as a nonpriority general unsecured claim(s) in the amount per the filed Proof of Claim.

(4) The avoidance of the Respondent's(s') junior lien(s) is contingent upon: Debtor's ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

(5) The Respondents shall retain its/their lien(s) in the junior position for the full amount due under the corresponding note and lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, or if the Property is sold or refinanced prior to the Debtor's ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

(6) In the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest and extinguishes the Respondent's(s') lien rights prior to the Debtor's completion of the chapter 13 plan and receipt of a chapter 13 discharge, the Respondent's(s') lien(s) shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale, subject to the priority of any such junior lien(s).

e. ☐ See attached continuation page for additional provisions.

Date: __May 29, 2013__                                    Respectfully submitted,

/s/ Wilo B. Nunez
---
Signature of Debtor or attorney for Debtor

:Wilo B. Nunez
---
Printed Name of Debtor or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 3                          F 4003-2.4.JR.LIEN.MOTION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10971 Garden Grove Blvd., Suite D
Garden Grove, CA 92843-1205**

A true and correct copy of the foregoing document entitled (*specify*):    **Debtor's Motion to Avoid Junior Lien on Principal Residence**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **5-29-2013**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy K Curry (TR) ecfnc@trustee13.com

Andrew David Goldberg agoldberg@rosicki.com

Wilo B Nunez lazmach@aol.com, irenednunez@yahoo.com

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

Edward T Weber bknotice@rcolegal.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On ____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **May 29, 2013** | **Wilo B. Nunez 92974** | **/s/ Wilo B. Nunez** |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 4    **F 4003-2.4.JR.LIEN.MOTION**

**II. SERVED BY UNITED STATES MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
(Attached page to Proof of Service of Document-please include any additional or alternative addresses and attach additional pages if needed)
(Certified Mail required for service on a national bank.)

| 1st lienholder (name and address) | Address from: | Delivery Method |
|---|---|---|
| Timothy Mayopoulos, CEO<br>Federal National Mortgage Association<br>3900 Wisconsin Avenue NW<br>Washington D.C. 20016 | ☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☒ Other: *specify*<br>**Internet search** | ☐ US Mail<br>☒ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |
| 1st lienholder (name) and Agent for Service of Process (name and address)<br>Miguel Zapien<br>14111 Freeway Dr Ste 300<br>Santa Fe Springs CA 90670<br>Agent for Service of Process:<br>Federal National Mortgage Association, Inc. | ☐ Proof of Claim ☒ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☒ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |
| 1st lienholder (name) and Servicing Agent (name and address)<br>Fannie Mae<br>c/o Andrew Goldberg<br>Seterus, Inc.<br>P.O.Box 2008<br>Grand Rapids, MI 495501-2008<br>Attn: President or Managing Partner | ☒ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☒ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |

| 2nd lienholder (name and address) | Address from: | Delivery Method |
|---|---|---|
| Chase Bank USA<br>200 White Clay Center Drive<br>Newark, Delaware 19711<br>County of New Castle<br>Attn: President or Managing Agent | ☐ Proof of Claim ☐ Secretary of State<br>☒ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☒ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
| 2nd lienholder (name) and Agent for Service of Process (name and address)<br>C T Corporation System<br>194 Wood Avenue S<br>Legal Dept 2nd Fl<br>Iselin, NJ 08830<br>Agent for Service of Process<br>Chase Home Finance LLC | ☐ Proof of Claim ☒ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☒ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
| 2nd lienholder (name)<br>Chase Home Finance<br>2901 Kinwest Parkway<br>Irving, TX 75063-5812, Attn:<br>President or Managing Agent | ☒ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☒ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |

| 2rd lienholder (attorney for) | Address from: | Delivery Method |
|---|---|---|
| Edward T. Weber, Esq.<br>Routh Crabtree Olsen, PS<br>505 N. Tustin Ave., 243<br>Santa Ana, CA 92705 | ☒ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☒ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 5                         **F 4003-2.4.JR.LIEN.MOTION**

# DECLARATION OF DEBTOR CENELIA NAVARRO

I, Ceneria Navarro, do hereby declare that all of the following is true and correct to the best of my personal knowledge and if called upon as a witness, I could and would competently testify to the truthfulness of all the below statements.

1. I am Spanish speaking and am having this declaration translated to me. I am the debtor in the instant bankruptcy proceeding. I am the owner of real property, located at: 1759 Firestone Blvd., Los Angeles, CA 90001 ("the property").

2. The property has two liens against it. The lien of the First Deed of Trust on the property is currently held by Fannie Mae (it was previously held by Bac Home Loan Servicing) and is in the amount of approximately $276,911.52, based on my personal knowledge and a Mortgage Statement (attached as **Exhibit "A"**, and incorporated by reference is a true and correct copy of the Mortgage Statement, Proof of Claim and partial copy of the Deed of Trust)

3. The second Deed of Trust is also held by Chase and is in the amount of approximately $109,525.45, based upon the Proof of Claim filed by the creditor (attached as **Exhibit "B"**, and incorporated by reference is a true and correct copy of the Proof of Claim and Deed of Trust).

4. The Deed of Trust held by Chase was originated in 2007. On or about February 10, 2010, Chase subordinated its lien to Bank of America (Bac Home Loan Servicing), so that Bank of America was first in priority and the Chase loan was second in priority (attached as **Exhibit "C"**, and incorporated by reference is a true and correct copy of the Subordination Agreement).

5. The property has a fair market value of no more than $200,000.00, based on my knowledge of the area. An earlier appraisal of the property put the value at $175,000.00 that was submitted by Hisham Labanieh, a licensed real estate appraiser (attached as **Exhibit "D"**, and incorporated by reference is a true and correct copy of the Appraisal).

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct to the best of my knowledge and belief..

Executed on May 29, 2013

/s/ Cenelia Navarro
CENELIA NAVARRO

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Wilo B. Nunez<br>LAW OFFICES OF WILO B. NUNEZ<br>7340 Firestone Blvd.<br>Suite 123<br>Downey, CA 90241<br>1-562-928-2250  Fax: 1-562-928-2244<br>92974<br>☐ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Cenelia Navarro<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 13<br>ADV. NO.: |
|---|---|

**ELECTRONIC FILING DECLARATION**
**(INDIVIDUAL)**

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

☐ Petition, statement of affairs, schedules or lists           Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____
☒ Other: _LIEN AVOIDANCE MOTION_           Date Filed: _5-29-2013_

   I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

**/s/ Cenelia Navarro** _[signature]_     _5-29-2013_
*Signature of Signing Party*        Date
**Cenelia Navarro**
*Printed Name of Signing Party*

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

   I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s)* or *Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s)* or *Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s)* or *Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

**/s/ Wilo B. Nunez**       _5-29-2013_
*Signature of Attorney for Signing Party*        Date
**Wilo B. Nunez 92974**
*Printed Name of Attorney for Signing Party*